UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAINT REGIS MOHAWK TRIBE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN COUNTY, NEW YORK, *ET. AL.*<br><br>　　　　　Defendant. | No.: 8:23-cv-470 (LEK/DJS) |

**PLAINTIFF'S NOTICE OF AMENDMENT TO SETTLEMENT AGREEMENT
AND WITHDRAWAL OF
<u>MOTION TO ENFORCE SETTLEMENT AGREEMENT</u>**

**PLEASE TAKE NOTICE** that on May 7, 2024, Plaintiff filed a Motion to Enforce Settlement Agreement (Dkt. 18); on August 22, 2024, Plaintiff filed a joint Letter Motion requesting that the Court hold the Motion in abeyance pending resolution of the disputed issues; and on August 23, 2024, the Court entered a text order granting the Letter Motion and directing the parties to file with the Court an amendment to the settlement agreement once the issues were resolved (Dkt. 24).

**PLEASE TAKE FURTHER NOTICE** that the parties have resolved the issues underlying the Motion to Enforce Settlement Agreement, and as a result, Plaintiff respectfully requests that the Motion be withdrawn.

**PLEASE TAKE FURTHER NOTICE** that the fully executed amendment to the settlement agreement is submitted to the Court herewith and provides for this Court to retain jurisdiction over the settlement.

Dated: September 30, 2024

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:   /s/ Sean C. Sheely
Sean C. Sheely
787 7th Ave. 31st Floor
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
sean.sheely@hklaw.com

*Attorneys for Plaintiff*

2

#509979013_v1